JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CARPENTERS SERVICES ADMINISTRATIVE CORPORATION, et al.,<br><br>Plaintiffs,<br>v.<br><br>HUR FLOORING CORP. d/b/a HUR HARDWOOD FLOORING CO., et al.,<br><br>Defendants. | Case No. 2:26-cv-05989-BFM<br><br>**JUDGMENT** |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the applicable law; consistent with the Court's Order Granting Plaintiffs' Motion for Entry of Default Judgment; and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Carpenters Services Administrative Corporation and the Board of Trustees for the Western States Carpenters Trusts shall recover from Defendant Hur

Flooring Corporation: (1) the unpaid benefit contributions of $41,530.78.; (2) pre-judgment interest of $4,221.96 on the unpaid contributions; (3) liquidated damages of $15,797.46; and (4) attorney's fees of $3,893.13.

DATED: September 29, 2026

BRIANNA FULLER MIRCHEFF
U.S. MAGISTRATE JUDGE